IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                            CRIMINAL NO. 2:24CR20015-002

WHITNEY NICOLE LAXTON-CLAYBAUGH                                    DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation [ECF  33 ] filed in this case

on September 3, 2024, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for

the Western District of Arkansas.  Both parties have waived the right to object to the Report and

Recommendation for the purpose of expediting acceptance of the guilty plea in this matter.

The Court has reviewed this case and, being well and sufficiently advised, finds that the

Report and Recommendation is proper and should be, and hereby is, **ADOPTED IN ITS**

**ENTIRETY**.  Accordingly, Defendant's plea of guilty as to count three (3) of the Indictment is

accepted.  The written plea agreement will be subject to final approval by the undersigned at

sentencing.  The Court directs the United States Probation Office to prepare a Presentence

Investigation Report in this matter.

IT IS SO ORDERED this 4th day of September, 2024.


**/s/ Susan O. Hickey**
SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE